FILED / ENTERED — APR 24 2012 — CLERK US DISTRICT COURT, DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY LONSDALE,<br><br>Defendant. | 2:10-CR-101-JCM (LRL) |

### ORDER OF FORFEITURE

This Court found on May 19, 2010, that JEFFREY LONSDALE shall pay a criminal forfeiture money judgment of $75,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2)Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #9.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JEFFREY LONSDALE a criminal forfeiture money judgment in the amount of $75,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 24th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE